UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
               :
UNITED STATES OF AMERICA,           :

     -v-                   :       20-CR-499 (LTS)

JEREMIAH YOUNG,                    :

          Defendant.       :
------------------------------------------------------------------------X

ORDER

At Defendant's request (see docket entry no. 30), the Court will request that a pretrial conference take place via videoconference on **May 13, 2021**, **at 11:00 a.m**., to consider Defendant's request for a change of counsel.  No conference date, time or modality can be confirmed before the end of the preceding week, so counsel are requested to keep their calendars open between the hours of **9 a.m. and 1 p.m. on May 13, 2021**, until further notice.

The Court will also request that defense counsel be given an opportunity to speak with the Defendant by telephone for fifteen minutes before the proceeding begins; defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time.

    SO ORDERED.

Dated: New York, New York
       April 26, 2021

                                                   /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   Chief United States District Judge