UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

      -v-                                                                                    No. 20CR499-LTS

JEREMIAH YOUNG (2),

                Defendant.

-------------------------------------------------------------X

## ORDER

David A. Ruhnke, Esq., is relieved as CJA counsel for the defendant. Thomas Dunn, Esq., is now appointed as CJA counsel for the defendant in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
        May 13, 2021

                                                   /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   Chief United States District Judge